OPINION — AG — ** CERTIFICATE OF DISSOLUTION — VACATE ** THERE IS NO CURRENT STATUTORY AUTHORITY PROVIDING FOR ANY PROCEDURAL AVENUE TO TAKE TO ATTEMPT TO VACATE A CERTIFICATE OF DISSOLUTION VALIDLY ISSUED BY THE SECRETARY OF STATE PURSUANT TO 18 O.S. 1.117 [18-1.117] (VOLUNTARY DISSOLUTION ACTIONS). RESOLUTION OF THIS QUESTION MUST COME THROUGH A LEGISLATIVE ENACTMENT PASSED TO REDRESS THIS TYPE OF PROBLEM. (CORPORATIONS, ATTEMPT TO VACATE) CITE: 18 O.S. 1.181 [18-1.181] TO 18 O.S. 1.184 [18-1.184] [18-1.184], 18 O.S. 1.187 [18-1.187], 18 O.S. 1.227 [18-1.227], 18 O.S. 1.177 [18-1.177] [18-1.177](C) (MICHAEL SCOTT FERN)